# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ROGER C. VISCARELLO & LAURA A. VISCARELLO, H/W, | : | No. 983 MAL 2015 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| THOMAS M. ELLIOTT, CRAIG A. BRENNAN AND KELLY A. ELLIOTT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.